JEFFER MANGELS & MITCHELL LLP
BENNETT G. YOUNG (Bar No. 106504)
byoung@jeffer.com
CHRISTOPHER K. WHANG (Bar No. 316916)
cwhang@jeffer.com
333 Bush Street, 11th Floor
San Francisco, California 94104-2872
Telephone: (415) 398-8080
Facsimile: (415) 398-5584
Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>Pacific Capital Funding Group Inc.,<br><br>Debtor. | Case No. 26-30538<br><br>Chapter 11 |
| In re:<br><br>Pacific Capital Funding Group Inc.<br>Pacific Private Money Group LLC<br>Private Money Management Group LLC<br>Pacific Mortgage Capital, LLC<br>Pacific Note Fund Management Group LLC<br>Pacific Private Money, Inc.<br>Pacific Private Money Partners LLC<br>Arrival Home Loans LLC<br>Pacific Private Money Fund 1 LLC<br>Pacific Southwest Note Fund LLC<br>Pacific Freedom Fund LLC<br>Pacific Opportunity Fund LLC<br>Arrival Fund I, LLC | Jointly Administered with:<br><br>Case No. 26-30538 (WJL)<br>Case No. 26-30535 (WJL)<br>Case No. 26-30544 (WJL)<br>Case No. 26-30539 (WJL)<br>Case No. 26-30540 (WJL)<br>Case No. 26-30533 (WJL)<br>Case No. 26-30536 (WJL)<br>Case No. 26-30543 (WJL)<br>Case No. 26-30534 (WJL)<br>Case No. 26-30541 (WJL)<br>Case No. 26-30532 (WJL)<br>Case No. 26-30537 (WJL)<br>Case No. 26-30542 (WJL) |
| Affects:<br><br>☐ Pacific Capital Funding Group Inc.<br><br>☐ Pacific Private Money Group LLC<br><br>☐ Private Money Management Group LLC<br><br>☐ Pacific Mortgage Capital, LLC<br><br>☐ Pacific Note Fund Management Group LLC | |


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 1 of 78

☒ Pacific Private Money, Inc.
☐ Pacific Private Money Partners LLC
☐ Arrival Home Loans LLC
☐ Pacific Private Money Fund 1 LLC
☐ Pacific Southwest Note Fund LLC
☐ Pacific Freedom Fund LLC
☐ Pacific Opportunity Fund LLC
☐ Arrival Fund I, LLC
☐ All Debtors

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR’S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

JMM | Jeffer Mangels & Mitchell LLP

On June 16, 2026 (the “**Petition Date**”), Pacific Capital Funding Group, Inc., Pacific Private Money, Inc., Private Money Management Group LLC, Pacific Southwest Note Fund LLC, Pacific Private Money Partners LLC, Pacific Private Money Group LLC, Pacific Private Money Fund LLC, Pacific Opportunity Fund LLC, Pacific Note Fund Management Group LLC, Pacific Freedom Fund LLC, Arrival Home Loans, LLC, and Arrival Fund I, LLC, the debtors and debtors-in-possession (collectively the "**Debtors**") commenced the above-captioned chapter 11 case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the “**Bankruptcy Code**”) with the United States Bankruptcy Court for the Northern District of California (the “**Bankruptcy Court**”). The Debtors are authorized to operate their business as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

The Debtors have filed their Schedules of Assets and Liabilities (collectively, the “**Schedules**”) and Statement of Financial Affairs (the “**Statement**” and, together with the Schedules, the “**Schedules and Statement**”) with the Bankruptcy Court. The Debtors, with the assistance of their advisors, prepared the Schedules and Statement in accordance with section 521 of the Bankruptcy Code, rule 1007 of the Federal Rules of Bankruptcy Procedure, and rule 1007–1 of the *Local Rules of the United States Bankruptcy Court for the District of Delaware*.

Each Debtor's Schedules and Statement was prepared under the direction of the Debtors' Chief Restructuring Officer ("CRO") based upon the information contained in all the Debtors'


Case: 26-30583 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 2 of 78

books and records. The CRO was not involved in preparing or maintaining the Debtors' books and records and therefore does not know whether the information contained therein is complete or accurate. Further, the Debtors ceased operations and terminated all their employees, including the accounting staff, in February 2026. Thus, the Debtors have relied upon an outsourced accounting to update the books and records. Subject to these limitations, the CRO has used his best efforts to gather the information in the Debtors' books and records and prepare the Schedules and Statement of Financial Affairs.

The Schedules and Statement are unaudited. While the Debtors' CRO and the Debtors' advisors have made a reasonable effort to ensure that the Schedules and Statement are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors or omissions may exist and/or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and Statement. Further, the Debtors anticipate that additional reserves or write-downs in the value of their assets will be recorded as adjusting journal entries when the 2025 tax return preparation work is completed. Accordingly, the Debtors reserve the right to amend and/or supplement the Schedules and Statement from time to time as may be necessary or appropriate.

The Debtors and their agents and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained therein. Except as required by the Bankruptcy Code, the Debtors and their attorneys expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statement, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their attorneys be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or



JMM Jeffer Mangels & Mitchell LLP

their agents and attorneys are advised of the possibility of such damages.

William Brinkman, the Debtors' CRO in these Chapter 11 Cases, has signed the Schedules and Statement. In reviewing and signing the Schedules and Statement, Mr. Brinkman has necessarily relied upon the information contained in the Debtors' books and records. Mr. Brinkman has not (and could not have) personally verified the accuracy of each such statement and representation contained in the Schedules and Statement, including statements and representations concerning amounts owed to creditors.

These *Global Notes and Statements of Limitations, Methodology and Disclaimers Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (these "**Global Notes**") are incorporated by reference in, and comprise an integral part of, the Schedules and Statement. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statement.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

***Reservation of Rights.*** The Debtors reserve the right to dispute, or to assert setoff or other defenses to, any claim reflected in the Schedules and Statement as to amount, liability, and classification. The Debtors also reserve all rights with respect to the values, amounts, and characterizations of the assets and liabilities listed in the Schedules and Statement.

***Basis of Presentation.*** The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("**GAAP**").

***Date of Valuations.*** Except as otherwise noted in the Schedules and Statement, all liabilities, as well as cash, inventory and vendor debit balances, are valued as of the Petition Date. The Schedules and Statement reflect the Debtors' best effort to allocate the assets, liabilities, receipts, and expenses "as of" such date. In certain instances, the Debtors used estimates or pro-rated amounts where actual data as of the aforementioned dates was not available. The Debtors made a reasonable effort to allocate liabilities between the pre- and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the Debtors may modify the allocation of liabilities between the pre- and post-petition


Case: 26-30583 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 4 of 78
JMM Jeffer Mangels & Mitchell LLP

periods and amend the Schedules and Statement accordingly.

Unless otherwise indicated herein or in the Schedules and Statement, all financial information for the Debtors in the Schedules and Statement and these Global Notes is provided as of the Petition Date or as close thereto as reasonably practicable under the circumstances.

***Currency***. All amounts are reflected in United States Dollars. For the sole purpose of the Schedules and Statement, foreign currency amounts have been converted to U.S. Dollars, generally as of the Petition Date, using published exchange rates.

***Book Value***. Generally, each asset and liability of the Debtors is shown on the basis of net book value of the asset or liability in accordance with the Debtors' accounting books and records. In certain circumstances, such as the value of real estate owned properties, the values in the Schedules and Statement are based upon the fair market estimate of the current market values of the Debtors' assets, which may not correspond to book values. Note that it would be cost prohibitive and unduly burdensome to obtain current fair market valuations of all of the Debtors' property interests. As such, the detail may include error corrections and value adjustments (shown as negative values or multiple line items for an individual asset). The Debtors believe that certain of its assets may have been significantly impaired by, among other things, the events leading to, and the commencement of, the Debtors' chapter 11 case. The Debtors have not yet formally evaluated the appropriateness of the carrying values ascribed to its assets prior to the Petition Date.

***Re-characterization***. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statement, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity of the Debtors' business and the large volume of documents and records. Accordingly, the Debtors reserve all of their rights to re-characterize, reclassify, re-categorize, re-designate, add or delete items reported in the Schedules and Statement at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and executory and unexpired post-petition.



JMM Jeffer Mangels & Mitchell LLP

***Causes of Action.*** The Debtors have made their best efforts to set forth known causes of action against third parties as assets in its Schedules and Statement. The Debtors reserve all of their rights with respect to any and all causes of action or avoidance actions it may have, whether disclosed or not disclosed, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any such rights or claims.

Furthermore, a forensic investigation of the Debtors' affairs is underway. That investigation may reveal additional claims against officers, directors, and third parties.

***Litigation.*** While the Debtors have made reasonable efforts to accurately record any known litigation actions (collectively, the "**Litigation Actions**") in the Schedules and Statement, the inclusion of any such action does not constitute the admission of liability by the Debtors, the validity of any claim, or the amount of any potential claim that may arise from such actions in the future. The Debtors reserve all rights to contest, defend, or otherwise object to the validity or amount of any claims resulting from any Litigation Actions currently pending or that may arise in the future.

***Claims.*** The Schedules lists creditors and set forth the Debtors' estimate of the claims of creditors as of the Petition Date.

The Debtors intentionally have not included "non-cash" accruals (*i.e.*, accruals to recognize expense or liability over multiple periods where no specific obligation to perform is established), in the Schedules and Statement.

Any failure to designate a claim listed on the Debtors' Schedules as "disputed," "contingent," "or "unliquidated" does not constitute an admission by the Debtors that the claim is not "disputed," "contingent," or "unliquidated." The Debtors expressly reserve the right to (i) object to or otherwise dispute or assert setoff rights, crossclaims, counterclaims or defenses to, any claim reflected on the Schedules as to amount, liability or classification or (ii) otherwise to designate subsequently any claim as "disputed," "contingent" or "unliquidated."

The claims listed in the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or


Case: 26-30583 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 6 of 78
JMM Jeffer Mangels & Mitchell LLP

the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

The Debtors have excluded potential rejection damage claims of counterparties to executory contracts and unexpired nonresidential real property leases that may or may not be rejected, to the extent such damage claims exist.

***Reporting Policies***. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount. All totals that are included in the Schedules and Statement represent totals of all known amounts. To the extent that there are unknown or undetermined amounts, the actual total may be different than the listed total.

The Debtors note the following:

- In Schedule A/B, item 55 the Debtors acquired the properties listed via foreclosure actions or by assignment of properties from entities controlled by Mark Hanf. Thus, the cost basis is not listed. The current value represents the CRO's best estimate of fair market value for each property owned based on broker opinions and market research.
- In Schedule A/B, item 71, the Debtors list each note at the value that represents the total outstanding balance estimated as of the June 16, 2026 Petition Date.
- In Schedule A/B, item 77, the current value shown represents the amount recorded on each Debtor's books as related balances owed to each Debtor by the other Debtors.
- In Schedule D, the Debtors utilized their best efforts to estimate the current fair market value of the collateral securing a claim utilizing broker opinion of value reports, broker market feedback, and input from management.
- In Schedule E/F, the amount shown for an unsecured claim represents the Debtors' best estimate of each investor's capital account as of the Petition Date. The Debtors anticipate that additional impairment reserves will be recorded as of December 31, 2025 as part of the tax return preparation process, and as a result anticipate that the investor capital accounts will decrease in value.

JMM Jeffer Mangels & Mitchell LLP

- In Statement of Financial Affairs items 1 and 2, the Debtors anticipate that the 2025 and stub-period 2026 revenue amounts will change when the final 2025 adjusting journal entries are booked under the guidance of the accounting and tax professionals. Certain assumptions have been made during the 2026 reporting period as operations ceased in January/February.

DATED: September 9, 2026

JEFFER MANGELS & MITCHELL LLP
BENNETT G. YOUNG
CHRISTOPHER WHANG

By: */s/ Bennett G. Young*
BENNETT G. YOUNG
Attorneys for Debtors and Debtors-in-Possession

JMM | Jeffer Mangels & Mitchell LLP



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 8 of 78

| Fill in this information to identify the case: |
|---|
| Debtor Name: In re : Pacific Private Money, Inc. |
| United States Bankruptcy Court for the: Northern District of California |
| Case number (if known): 26-30533 (WJL) |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 2. **Cash on hand** | | | |
| 2.1 None | | | $ |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1 Wells Fargo Bank, N.A. | Checking | 4634 | $ 13,589.68 |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1 None | | | $ |
| 5. **Total of Part 1** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $ 13,589.68 |



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 9 of 78

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ☐ No. Go to Part 3.
   - ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1 | Landlord deposit - B.C. Tower, L.L.C. | $ 2,859.00 |
| 7.2 | Landlord deposit - William & Vicki McDill | $ 10,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | Prepayment of D&O insurance tail coverage (12 months) - Axis Insurance Company | $ Undetermined |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81. $ 12,859.00

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

- ☑ No. Go to Part 4.
- ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | Description | face amount | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | | $ | - $ | =..... ➔ | $ |
| 11b. Over 90 days old: | | $ | - $ | =..... ➔ | $ |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ 0.00


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 11 of 78

## Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | | |
| Name of fund or stock: | | | |
| 14.1 None | | | $ |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | | |
| Name of entity: | % of ownership: | | |
| 15.1 Pacific Alpha One Funding LLC | 100% | | $ Undetermined |
| 15.2 Pacific Freedom Fund LLC | 100% | | $ Undetermined |
| 15.3 PPSPE-1, LLC | 85% | | $ Undetermined |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | | |
| Describe: | | | |
| 16.1 None | | | $ |

17. **Total of Part 4.**
Add lines 14 through 16. Copy the total to line 83. $ 0.00


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 12 of 78

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
- ☑ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. **Raw materials** | | | $ | | $ |
| 20. **Work in progress** | | | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | | $ | | $ |
| 22. **Other inventory or supplies** | | | $ | | $ |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84. $ 0.00

24. **Is any of the property listed in Part 5 perishable?**
- ☐ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Description ____________ Book value $ ____________ Valuation method ____________ Current value $ ____________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 13 of 78

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☑ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. $ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Description________ Book value $ ________ Valuation method________ Current value $ ________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 14 of 78

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 39.1 | Used office furniture consists of chairs, office desks, cubicle stations, and miscellaneous other office furniture. | $ Not available | Estimated FMV | $ 1,500.00 |
| 40. | **Office fixtures** | | | |
| 40.1 | None | $ | | $ |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 | Printers, PC monitors, television monitors, VOIP phone system, and miscellaneous electronic equipment. | $ Not available | Estimated FMV | $ 500.00 |
| 41.2 | Used laptop computers (16) | $ Not available | Estimated FMV | $ 2,000.00 |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | Nonw | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $ 4,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 15 of 78

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 Hitachi HVAC unit for 1595 Grant Ave build-out - not installed | $ Unknown | | $ Undetermined |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. $ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 16 of 78

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | **Description and location of property**<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest**<br><br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 55.1 | Commercial Office, APN # 0253-00-036-0 - 70 W Michigan Avenue STE 210 Battle Creek MI 49017 | Lease | $ 0.00 | FMV estimate by Debtor | $ 0.00 |
| 55.2 | Single Family Residence, APN # 084D-1255-009-01 - 4626 Ewing Road Castro Valley CA 94546 | Fee Simple Grant deed from Hanf Capital at $0 cost | $ Not available | FMV estimate by Debtor | $ 3,000,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $ 3,000,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 17 of 78

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 None | $ | | $ |
| **61. Internet domain names and websites** | | | |
| 61.1 www.pacificmortgagecapital.com | $ Not available | | $ Undetermined |
| 61.2 www.pacificprivatemoney.com | $ Not available | | $ Undetermined |
| 61.3 www.privatemoneyloans.com. | $ Not available | | $ Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 None | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 Trust deed investor lists - include names and contact information for hundreds of past and current debt investor partners | $ 0.00 | | $ Undetermined |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 None | $ | | $ |
| **65. Goodwill** | | | |
| 65.1 None | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. $ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 18 of 78

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

| Description (include name of obligor) | Total face amount | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1 See Schedule A/B 71 Attachment | $ | - $ | =..... ➔ | $ 6,482,298.00 |

72. **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax year | Current value of debtor's interest |
|---|---|---|
| 72.1 NOL California - tax attribute | Multiple | $ 11,883,629.00 |
| 72.2 NOL Federal - tax attribute | Multiple | $ 11,866,625.00 |

73. **Interests in insurance policies or annuities**

73.1 Kinsale Insurance Company General liability coverage for real estate owned properties — $ Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 See A/B 74 Attachment — $ Undetermined

**Nature of claim** Unknown

**Amount requested** $ Undetermined

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 A forensic investigation of the Debtors' affairs is underway. That investigation may reveal claims against officers, directors, and third parties. Value unknown. — $ Undetermined

**Nature of claim** Unknown

**Amount requested** $ Undetermined

76. **Trusts, equitable or future interests in property**

76.1 None — $

77. **Other property of any kind not already listed** *Examples*: Season tickets, country club membership

77.1 See Schedule A/B 77 Attachment — $ 33,966,919.07

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. — $ 64,199,471.07


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 19 of 78

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

- ☑ No
- ☐ Yes


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 20 of 78

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 13,589.68 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 12,859.00 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $ 0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 4,000.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9.*......➔ | | | $ 3,000,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | $ 64,199,471.07 | | |
| 91. | **Total.** Add lines 80 through 90 for each column......91a. | $ 64,229,919.75 | + 91b. | $ 3,000,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...... $ 67,229,919.75



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 21 of 78

**Fill in this information to identify the case:**

Debtor Name: In re : Pacific Private Money, Inc.

United States Bankruptcy Court for the: Northern District of California

Case number (if known): 26-30533 (WJL)

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|
| 2.1 **Creditor's name** See Schedule D Part 1 Attachment | $ 3,014,419.70 | $ 33,516,506.07 |

Creditor's Name

**Creditor's mailing address**

Notice Name

Street

City | State | ZIP Code

Country

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $ 3,014,419.70



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 22 of 78

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Name<br>Notice Name<br>Street<br><br>City State ZIP Code<br>Country | Line ____ | ____ |


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 23 of 78

**Fill in this information to identify the case:**

Debtor Name: In re : Pacific Private Money, Inc.

United States Bankruptcy Court for the: Northern District of California

Case number (if known): 26-30533 (WJL)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐ No. Go to Part 2.

☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 2,400.00 | $ 2,400.00 |

Adolpho Maldonado
Creditor Name

Creditor's Notice name

Address on file
Address

City State ZIP Code

Country

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Wage claim for contractual severance

**Date or dates debt was incurred**

2/4/2026

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (11)

**Is the claim subject to offset?**

☑ No

☐ Yes

2.2 **Priority creditor's name and mailing address**

Fabio Baum
Creditor Name

Creditor's Notice name

Address on file
Address

City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 300,000.00 $ 17,150.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Wage claim for contractual severance

**Date or dates debt was incurred**

2/4/2026

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (11)

2.3 **Priority creditor's name and mailing address**

Samuel Thatcher
Creditor Name

Creditor's Notice name

Address on file
Address

City State ZIP Code

Country

**As of the petition filing date, the claim is:** $ 2,308.00 $ 2,308.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Wage claim for contractual severance

**Date or dates debt was incurred**

2/4/2026

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (11)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**

See Schedule E/F, Part 2 Attachment
Creditor Name

Creditor's Notice name

Address

City State ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 48,204,363.27
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 26 of 78

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | See Schedule E/F Part 3 Attachment<br>Name<br>Notice Name<br>Street<br>City State ZIP Code<br>Country | Line ____<br>☐ Not Listed.Explain | |



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 27 of 78

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 304,708.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $ 48,204,363.27 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 48,509,071.27 |


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 28 of 78

**Fill in this information to identify the case:**

Debtor Name: In re : Pacific Private Money, Inc.

United States Bankruptcy Court for the: Northern District of California

Case number (if known): 26-30533 (WJL)

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** | | See Schedule G Attachment<br>Name |
| | | Notice Name |
| **State the term remaining** | | Address |
| **List the contract number of any government contract** | | |
| | | City / State / ZIP Code |
| | | Country |



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 29 of 78

**Fill in this information to identify the case:**

Debtor Name: In re : Pacific Private Money, Inc.

United States Bankruptcy Court for the: Northern District of California

Case number (if known): 26-30533 (WJL)

☐ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | See Schedule H Attachment | Street<br><br>City State ZIP Code<br>Country | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name: In re : Pacific Private Money, Inc.

United States Bankruptcy Court for the: Northern District of California

Case number (if known): 26-30533 (WJL)

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 3,000,000.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 64,229,919.75 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 67,229,919.75 |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* | $ 3,014,419.70 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ 304,708.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | + $ 48,204,363.27 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 51,523,490.97 |




Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 31 of 78

**In re: Pacific Private Money, Inc.**
**Case No. 26-30533**
Schedule A/B 71
Notes receivable

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | Current value of debtor's interest |
|---|---|---|---|
| Mortgage Note, Michael Garrett | $1,387,583.00 | Unknown | $1,387,583.00 |
| Mortgage Note, West Coast Land and Development | $641,600.00 | Unknown | $641,600.00 |
| Mortgage Note, 37 Covert LLC Mayer Deutsch | $2,272,088.00 | Unknown | $2,272,088.00 |
| Mortgage Note, 37 Covert LLC Mayer Deutsch | $2,181,028.00 | Unknown | $2,181,027.00 |
| | | **TOTAL:** | **$6,482,298.00** |



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 32 of 78

Insert for SOAL 74:

The Debtors and the Official Committee of Unsecured Creditors are conducting a forensic investigation into the Debtors' affairs to determine, among other things, the claims and causes of actions against third parties the Debtors might hold. That investigation might reveal additional claims against additional parties. The below listing of the potential claims and causes of action held by the Debtors is qualified in its entirety by what the investigation into the Debtors' affairs might reveal.

Subject to the foregoing, the Debtors potentially hold claims of unknown value against the following, among others:

- Desmond Gumbs and his affiliates, including, without limitation, Marichan Addi LLC; Silver MCA LLC; Earl Freddy Invest C LLC; and BLK Prime
- Chandler Gumbs
- Robert West and his affiliates including, without limitation, West Coast Land and Development and Fair Drive Partners
- Domingo Pierantoni and his affiliates, including, without limitation, Ark Technology Holdings, LLC; Seven Sisters, LLC; 969 Builders, LLC; and Seven Sisters Alpha, LLC.
- Edward Brown and his affiliates
- Saluda Grade Alternative Lending & Fintech Growth Fund I LP
- Timothy Carr
- Ryan Craft
- Chris Dluzak and his affiliates and successors, including, without limitation, Zak Enterprises
- Mark Hanf and his affiliates, including, without limitation, Hanf Capital LLC and Pacific Realty Development LLC
- Hoai-Nam Chu Phan, aka Nam Phan, and his affiliates

**In re: Pacific Private Money, Inc.**
**Case No. 26-30533**
Schedule A/B 77
Other property of any kind not already listed

| Other property of any kind not already listed | Current value of debtor's interest |
|---|---|
| Interco S-T Loan To:  Arrival Home Loans LLC | $7,503,303.00 |
| Interco S-T Loan To:  Hanf Capital | $522,581.00 |
| Interco S-T Loan To:  Pacific Mortgage Capital, LLC | $2,595,878.00 |
| Interco S-T Loan To:  Pacific Note Fund Management Group LLC | $344,126.00 |
| Interco S-T Loan To:  Pacific Private Money Fund LLC | $18,753,766.00 |
| Interco S-T Loan To:  Pacific Private Money Group LLC | $1,740,552.00 |
| Interco S-T Loan To:  Pacific Private Money Partners LLC | $729.00 |
| Interco S-T Loan To:  Pacific Realty Development | $2,373,474.00 |
| Interco S-T Loan To:  Pacific Southwest Note Fund LLC | $3,264.00 |
| Interco S-T Loan To:  Private Money Management Group LLC | $323.00 |
| Return of insurnace premium re: recission of coverage | $128,923.07 |
| **TOTAL:** | **$33,966,919.07** |

| Line | Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Date incurred | Account number (last 4 digits) | Multiple creditors (Y/N) | If multiple creditors, specify each creditor, including this creditor, and its relative priority. | Describe debtor's property that is subject to a lien | Describe the lien | Insider/related party (Y/N) | Codebtor (Y/N) | Contingent | Unliquidate | Disputed | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | Alameda County Treasurer - Tax Collector | | 1221 Oak Street | Room 131 | Oakland | CA | 94612 | Multiple Dates | | Y | See Creditors 2.1, 2.2, 2.3, 2.4, 2.7, 2.8, 2.10, 2.11, 2.12, 2.13 Priority Claim | 4626 Ewing Road, Castro Valley, CA 94546 Single family residence | Statuatory property tax lien | N | N | | | | $76,157.00 | $3,000,000.00 |
| 2.2 | Alan D. Cohoon and Hollis L. Cohoon, husband and wife as joint tenants, as to an undivided [9.091%] beneficial interest | | Address on file | | | | | 1/31/2025 | | Y | See Creditors 2.1, 2.2, 2.3, 2.4, 2.7, 2.8, 2.10, 2.12, 2.13 2nd priority; all notes pari passu | 4626 Ewing Road, Castro Valley, CA 94546 Single family residence | Deed of Trust (pro-rata %) | N | N | | | | $250,008.00 | $3,000,000.00 |
| 2.3 | Ann Wendell, Trustee of the Living Trust of Ellen L. Wendell dated April 11, 2001, as to an undivided [14.772%] beneficial interest | | Address on file | | | | | 1/31/2025 | | Y | See Creditors 2.1, 2.2, 2.3, 2.4, 2.7, 2.8, 2.10, 2.12, 2.13 2nd priority; all notes pari passu | 4626 Ewing Road, Castro Valley, CA 94546 Single family residence | Deed of Trust (pro-rata %) | N | N | | | | $324,984.00 | $3,000,000.00 |
| 2.4 | Curtis J. Revak and Pamela A. Revak, husband and wife as community property with right of survivorship, as to an undivided [11.364%] beneficial interest | | Address on file | | | | | 1/31/2025 | | Y | See Creditors 2.1, 2.2, 2.3, 2.4, 2.7, 2.8, 2.10, 2.12, 2.13 2nd priority; all notes pari passu | 4626 Ewing Road, Castro Valley, CA 94546 Single family residence | Deed of Trust (pro-rata %) | N | N | | | | $250,008.00 | $3,000,000.00 |
| 2.5 | EB Roth, LLC | | Address on file | | | | | 6/4/2026 | | N | | Collateral security agreement secured by DOT known as 818 Newhall Road, Burlingame, CA 94010 (Single family residence) | UCC-1 as part of hypothecation agreement UCC document : U260041301118 (filed: 06/04/2026) | Y | N | | | X | $600,000.00 | $1,387,583.00 |
| 2.6 | First Insurance Funding | | 450 Skokie Blvd, Ste 1000 | | Northbrook | IL | 60062-791 | 5/29/2026 | | N | | Cash proceeds resulting from recission of insurance policy SUAWS20034-2512 | Security interest in financed insurance policy | N | N | | | | $25,265.70 | $128,923.07 |
| 2.7 | Forge Trust Co. CFBO Russel Boyd Quinnell IRA 555782, as to an undivided [16.364%] beneficial interest | | address on file | | | | | 1/31/2025 | | Y | See Creditors 2.1, 2.2, 2.3, 2.4, 2.7, 2.8, 2.10, 2.12, 2.13 2nd priority; all notes pari passu | 4626 Ewing Road, Castro Valley, CA 94546 Single family residence | Deed of Trust (pro-rata %) | N | N | | | | $360,008.00 | $3,000,000.00 |
| 2.8 | Margery Entwisle, Trustee, The Margery Entwisle Trust, dtd May 30, 2003, as to an undivided [5.454%] beneficial interest | | Address on file | | | | | 1/31/2025 | | Y | See Creditors 2.1, 2.2, 2.3, 2.4, 2.7, 2.8, 2.10, 2.12, 2.13 2nd priority; all notes pari passu | 4626 Ewing Road, Castro Valley, CA 94546 Single family residence | Deed of Trust (pro-rata %) | N | N | | | | $250,008.00 | $3,000,000.00 |
| 2.9 | Meylan Consruction | | 3145 Kerner Blvd. | Suite A | San Rafael | CA | 94901 | 3/18/2025 | | N | | 1585 and 1595 Grant Avenue, Novato, CA 94945 Commercial Office Building | Mechanic's Lien | N | N | | | X | $112,997.00 | $2,000,000.00 |
| 2.10 | Michel Kattan Baiz, a married man as his sole and separate property, as to an undivided [10.227%] beneficial interest | | Address on file | | | | | 1/31/2025 | | Y | See Creditors 2.1, 2.2, 2.3, 2.4, 2.7, 2.8, 2.10, 2.12, 2.13 2nd priority; all notes pari passu | 4626 Ewing Road, Castro Valley, CA 94546 Single family residence | Deed of Trust (pro-rata %) | N | N | | | | $200,002.00 | $3,000,000.00 |
| 2.11 | Russ DeLonzor and Kim DeLonzor, husband and wife as joint tenants, as to an undivided [10%] beneficial interest | | Address on file | | | | | 1/31/2025 | | Y | See Creditors 2.1, 2.2, 2.3, 2.4, 2.7, 2.8, 2.10, 2.12, 2.13 2nd priority; all notes pari passu | 4626 Ewing Road, Castro Valley, CA 94546 Single family residence | Deed of Trust (pro-rata %) | N | N | | | | $119,988.00 | $3,000,000.00 |
| 2.12 | Scott Revak and Kathleen Revak | | Address on file | | | | | 1/31/2025 | | Y | See Creditors 2.1, 2.2, 2.3, 2.4, 2.7, 2.8, 2.10, 2.12, 2.13 2nd priority; all notes pari passu | 4626 Ewing Road, Castro Valley, CA 94546 Single family residence | Deed of Trust (pro-rata %) | N | N | | | | $220,000.00 | $3,000,000.00 |
| 2.13 | Vincent Carini, Trustee of the Vincent Carini Family Trust Dated July 20, 2017 | | Address on file | | | | | 1/31/2025 | | Y | See Creditors 2.1, 2.2, 2.3, 2.4, 2.7, 2.8, 2.10, 2.12, 2.13 2nd priority; all notes pari passu | 4626 Ewing Road, Castro Valley, CA 94546 Single family residence | Deed of Trust (pro-rata %) | N | N | | | | $224,994.00 | $3,000,000.00 |
| | | | | | | | | | | | | | | | | TOTALS: | | | $3,014,419.70 | $33,516,506.07 |

**In re: Pacific Private Money, Inc.**
**Case No. 26-30533**
Schedule D, Part 2
Notice Parties to Creditors Who Have Claims Secured by Property

| Line | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|---|---|---|---|---|
| | Ben Levinson, Levinson Law APC | | 4100 Moorpark Avenue | Suite 233 | San Jose | CA | 95117 | 2.2 | |
| | Ben Levinson, Levinson Law APC | | 4100 Moorpark Avenue | Suite 233 | San Jose | CA | 95117 | 2.3 | |
| | Ben Levinson, Levinson Law APC | | 4100 Moorpark Avenue | Suite 233 | San Jose | CA | 95117 | 2.4 | |
| | Ben Levinson, Levinson Law APC | | 4100 Moorpark Avenue | Suite 233 | San Jose | CA | 95117 | 2.7 | |
| | Ben Levinson, Levinson Law APC | | 4100 Moorpark Avenue | Suite 233 | San Jose | CA | 95117 | 2.8 | |
| | Ben Levinson, Levinson Law APC | | 4100 Moorpark Avenue | Suite 233 | San Jose | CA | 95117 | 2.10 | |
| | Ben Levinson, Levinson Law APC | | 4100 Moorpark Avenue | Suite 233 | San Jose | CA | 95117 | 2.11 | |
| | Ben Levinson, Levinson Law APC | | 4100 Moorpark Avenue | Suite 233 | San Jose | CA | 95117 | 2.12 | |
| | Ben Levinson, Levinson Law APC | | 4100 Moorpark Avenue | Suite 233 | San Jose | CA | 95117 | 2.13 | |



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 36 of 78

**In re: Pacific Private Money, Inc.**
**Case No. 26-30533**
Schedule D, Part 2
Notice Parties to Creditors Who Have Claims Secured by Property

| Line | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|---|---|---|---|---|
| | Jennifer C. Hayes, Finestone Hayes LLP | | 456 Montgomery St. | Suite 1300 | San Francisco | CA | 94104 | 2.5 | |

Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 38 of 78

**In re: Pacific Private Money, Inc.**
**Case No. 26-30533**
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Date incurred | Account number (last 4 digits) | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.1 | Applied Business Software, Inc. | | 7755 Center Ave, Suite 800 | | Huntington Beach | CA | 90755 | | | Vendor | | | | | $4,750.17 |
| 3.2 | Arrival Fund I LLC | | 1555 Grant Avenue | | Novato | CA | 94945 | | | Interco S-T loan | N | | | | $1,612,419.00 |
| 3.3 | Cathedral CPAs & Advisors | | 517 Rt 1, Suite 3102 | | Iselin | NJ | 08830 | | | Vendor | | | | | $5,500.00 |
| 3.4 | Chris Running | Ad Astra Law Group P.C. | Katy Young | 582 Market Street | San Francisco | CA | 94104 | | | Legal | N | X | X | X | Undetermined |
| 3.5 | Corporate Service Company | | 251 Little Falls Drive | | Wilmington | DE | 19808 | | | Vendor | | | | | $3,387.80 |
| 3.6 | Crexi | | PO Box 25534 | | Pasadena | CA | 91185-5534 | | | Vendor | | | | | $5,250.00 |
| 3.7 | Daniel William Descalso | Outwater & Pinckes, LLP | Randi E. Pinckes; David E. Outwater | 900 Roosevelt | Irvine | CA | 92620 | | | Legal | N | X | X | X | Undetermined |
| 3.8 | Edward Brown | | Address on file | | | | | | | Vendor | Y | | | X | $9,840.24 |
| 3.9 | Forta Law (Geraci, LLP) | | 20 Pacifica, Suite 300 | | Irvine | CA | 92618 | | | Vendor | | | | | $77,407.41 |
| 3.10 | Hewlett-Packard Financial Services Company | | PO Box 402582 | | Atlanta | GA | 30384-2582 | | | Vendor | | | | | $3,045.00 |
| 3.11 | Jackson Lewis P.C. | | PO Box 416019 | | Boston | MA | 02241-6019 | | | Vendor | | | | | $2,101.50 |
| 3.12 | Jonathan Sawyer | Aylstock, Witkin, Kreis, Overholtz, PLLC | Kimberly Tanner; Daniel James Thornburgh | 17 East Main Street, Ste. 200 | Pensacola | Florida | 32502 | | | Legal | N | X | X | X | Undetermined |
| 3.13 | Juniper Square, Inc. | Attn: Bankruptcy Group | 555 Montgomery St, 14th Floor, | | San Francisco | CA | 94111 | | | Vendor | | | | | $15,750.00 |
| 3.14 | Kelly Kaiser Descalso | Outwater & Pinckes, LLP | Randi E. Pinckes; David E. Outwater | 900 Roosevelt | Irvine | CA | 92620 | | | Legal | N | X | X | X | Undetermined |
| 3.15 | Kevin Albert | Ad Astra Law Group P.C. | Katy Young | 582 Market Street | San Francisco | CA | 94104 | | | Legal | N | X | X | X | Undetermined |
| 3.16 | Lachman, as Trustee of the Ronald Lachman Living Trust | SAC Attorneys LLP | David A. Harvey; Julie Bonell-Rogers | 1754 Technology Drive, Suite 122 | San Jose | CA | 95110 | | | Legal | N | X | X | X | Undetermined |
| 3.17 | Marin County Tax Collector | | Civic CenterPO Box 4220 | | San Rafael | CA | 94913 | | | Vendor | | | | | $5,556.01 |
| 3.18 | McCabe, Weisberg & Conway, LLC | | 1420 Walnut Street Suite 1501 | | Philadelphia | PA | 19102 | | | Vendor | | | | | $11,758.00 |
| 3.19 | Metasource - Orion Financial | | 1900 Frost Road, Suite 100 | | Bristol | PA | 19007 | | | Vendor | | | | | $3,055.78 |
| 3.20 | Meylan Construction, Inc. | Gibbs Giden | Melissa L. Griffin | 12100 Wilshire Blvd., Ste 300 | Los Angeles | CA | 90025 | | | Legal | N | X | X | X | Undetermined |
| 3.21 | Mikhail Brodsky | Law Offices of Alexander Golovets | Alexander Golovets | 3150 Hilltop Mall Rd., Ste 9 | Richmond | CA | 94806 | | | Legal | N | X | X | X | Undetermined |
| 3.22 | Mikhail Brodsky and Tatyana Brodsky | | New York | | New York | NY | 10018 | | | Unsecured loan | N | | | | $520,000.00 |
| 3.23 | North Carolina Department of Labor - Wage and Hour Bureau | NC Department of Labor – Wage and Hour Bureau | Rickey Parker | 1101 Mail Service Center | Raleigh | NC | 27699-1101 | | | Legal | N | X | X | X | Undetermined |
| 3.24 | Pacific Freedom Fund LLC | | 1555 Grant Avenue | | Novato | CA | 94945 | | | Interco S-T loan | N | | | | $38,861,179.00 |
| 3.25 | Pacific Southwest Note Fund LLC | | 1555 Grant Avenue | | Novato | CA | 94945 | | | Interco S-T loan | N | | | | $770,000.00 |
| 3.26 | Rick Gates | Ad Astra Law Group P.C. | Katy Young | 582 Market Street | San Francisco | CA | 94104 | | | Legal | N | X | X | X | Undetermined |

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Date incurred | Account number (last 4 digits) | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.27 | Saluda Grade Asset Fund Trust I | | F5 Bryant Park, 23rd Floor | | New York | NY | 10018 | | | Unsecured loan | Y | | | X | $6,189,000.00 |
| 3.28 | Santa Cruz Imports | Law Office of Jonathan M. Bowne | Jonathan M. Bowne | 111 North Main Street | Sebastopol | CA | 95472 | | | Legal | N | X | X | X | Undetermined |
| 3.29 | SFX Holdings, Inc | Aylstock, Witkin, Kreis, Overholtz, PLLC | Kimberly Tanner; Daniel James Thornburgh | 17 East Main Street, Ste. 200 | Pensacola | Florida | 32502 | | | Legal | N | X | X | X | Undetermined |
| 3.30 | Simon Chen | Ad Astra Law Group P.C. | Katy Young | 582 Market Street | San Francisco | CA | 94104 | | | Legal | N | X | X | X | Undetermined |
| 3.31 | Staples | | PO Box 660409 | | Dallas | TX | 75266-0409 | Multiple | 1424 | Vendor | N | | | | $301.15 |
| 3.32 | Starr Finley LLP | | 235 Pine St, 15th Floor | | San Francisco | CA | 94104 | | | Vendor | | | | | $10,100.00 |
| 3.33 | Sublime Holdings, Ltd. | Aylstock, Witkin, Kreis, Overholtz, PLLC | Kimberly Tanner; Daniel James Thornburgh | 17 East Main Street, Ste. 200 | Pensacola | Florida | 32502 | | | Legal | N | X | X | X | Undetermined |
| 3.34 | Tatyana Brodsky | Law Offices of Alexander Golovets | Alexander Golovets | 3150 Hilltop Mall Rd., Ste 9 | Richmond | CA | 94806 | | | Legal | N | X | X | X | Undetermined |
| 3.35 | Thomas Kolassa | Ad Astra Law Group P.C. | Katy Young | 582 Market Street | San Francisco | CA | 94104 | | | Legal | N | X | X | X | Undetermined |
| 3.36 | Total Lender Solutions, Inc | | 10505 Sorrento Valley Rd, Ste 125 | | San Diego | CA | 92121 | | | Vendor | | | | | $46,516.77 |
| 3.37 | U.S. Department of Justice | Christiaan H Highsmith | 450 Golden Gate Ave, Fl 11 | | San Francisco | CA | 94102 | | | Legal | N | X | X | X | Undetermined |
| 3.38 | U.S. Securities and Exchange Commission | Attn Bankruptcy Counsel | 444 South Flower Street, Suite 900 | | Los Angeles | CA | 90071-9591 | | | Legal | N | X | X | X | Undetermined |
| 3.39 | WE Alliance Secured Income Fund, LLC | The Ryan Firm, a Professional Corporation | Timothy M. Ryan; Andrew J. Mase; Michael W. Stoltzman, Jr. | 2603 Main St., Suite 1225 | Irvine | CA | 92614 | | | Legal | N | X | X | X | Undetermined |
| 3.40 | WE Alliance Structured Active Allocation Growth Fund, LLC | The Ryan Firm, a Professional Corporation | Timothy M. Ryan; Andrew J. Mase; Michael W. Stoltzman, Jr. | 2603 Main St., Suite 1225 | Irvine | CA | 92614 | | | Legal | N | X | X | X | Undetermined |
| 3.41 | WE Alliance Structured Strategies Stock Allocations Fund, LLC | The Ryan Firm, a Professional Corporation | Timothy M. Ryan; Andrew J. Mase; Michael W. Stoltzman, Jr. | 2603 Main St., Suite 1225 | Irvine | CA | 92614 | | | Legal | N | X | X | X | Undetermined |
| 3.42 | Wells Fargo Card Services | | P.O. Box 51193 | | Los Angeles | CA | 90051-5493 | | | Credit Card Payable | | | | | $47,445.44 |
| | | | | | | | | | | | | | | TOTAL: | $48,204,363.27 |



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 39 of 78

**In re: Pacific Private Money, Inc.**
**Case No. 26-30533**
Schedule E/F, Part 3
Notice Parties to Creditors Who Have Unsecured Claims

| Line | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | On which line in Part 1 or Part 2 is the related creditor (if any) listed? If not listed, explain | Account number (last 4 digits) |
|---|---|---|---|---|---|---|---|---|---|
| 4.1 | A.G. Adjustments Ltd. | Steve Meyers | One Huntington | Quadrangle, Ste 4N15 | Melville | NY | 11747 | 3.31 | 1424 |
| 4.2 | Juniper Square | Dan Rothenberg, Head of Legal | 555 Montgomery St, 14th Floor, | | San Francisco | CA | 94111 | 3.13 | |

**In re: Pacific Private Money, Inc.**
**Case No. 26-30533**
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining, in days | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | B.C Tower, LLC | | 750 Trade Centre Way, Ste 100 | | Portage | MI | 49002 | Commerical lease - office property lesse | 23 months | |
| 2.2 | Dropbox | | 1800 Owens Street | | San Francisco | CA | 94158 | Service contract - telecom services | 8 months | |
| 2.3 | Juniper Square, Inc. | | Attn: Bankruptcy Group | 555 Montgomery St, 14th Floor | San Francisco | CA | 94111 | Service contract - software services | 6 months | |
| 2.4 | Nam Phan | | Address on file | | | | | Employment agreement | Not Applicable | |
| 2.5 | Ring Central | | 20 Davis Drive | | Belmont | CA | 94002 | Service contract - telecom services | 6 months | |
| 2.6 | Robert West; Pamela West; West Coast Land and Development Inc. | | 2450 Stanwell Drive Ste. 280 | | Concord | CA | 94520 | Contract settlement rights | Not Applicable | |
| 2.7 | Schawk USA Inc. | | 2 N Shore Center | | Pittsburgh | PA | 15212-5838 | Commerical lease - office property sub-lessor | 23 months | |

**In re: Pacific Private Money, Inc.**
**Case No. 26-30533**
Schedule H
Codebtors

| Name of codebtor | Address 1 | City | State | Zip | Name of creditor | D | E/F | G |
|---|---|---|---|---|---|---|---|---|
| Mark Hanf | Address on file | | | | Alan D. Cohoon and Hollis L. Cohoon, husband and wife as joint tenants, as to an undivided [9.091%] beneficial interest | X | | |
| Mark Hanf | Address on file | | | | Ann Wendell, Trustee of the Living Trust of Ellen L. Wendell dated April 11, 2001, as to an undivided [14.772%] beneficial interest | X | | |
| Mark Hanf | Address on file | | | | Curtis J. Revak and Pamela A. Revak, husband and wife as community property with right of survivorship, as to an undivided [11.364%] beneficial interest | X | | |
| Mark Hanf | Address on file | | | | Forge Trust Co. CFBO Russel Boyd Quinnell IRA 555782, as to an undivided [16.364%] beneficial interest | X | | |
| Mark Hanf | Address on file | | | | Margery Entwisle, Trustee, The Margery Entwisle Trust, dtd May 30, 2003, as to an undivided [5.454%] beneficial interest | X | | |
| Mark Hanf | Address on file | | | | Michel Kattan Baiz, a married man as his sole and separate property, as to an undivided [10.227%] beneficial interest | X | | |
| Mark Hanf | Address on file | | | | Mikhail Brodsky and Tatyana Brodsky | | X | |



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 42 of 78

| Name of codebtor | Address 1 | City | State | Zip | Name of creditor | D | E/F | G |
|---|---|---|---|---|---|---|---|---|
| Mark Hanf | Address on file | | | | Russ DeLonzor and Kim DeLonzor, husband and wife as joint tenants, as to an undivided [10%] beneficial interest | X | | |
| Mark Hanf | Address on file | | | | Scott Revak and Kathleen Revak [11.364%] | X | | |
| Mark Hanf | Address on file | | | | Vincent Carini, Trustee of the Vincent Carini Family Trust Dated July 20, 2017 [11.364%] | X | | |
| Pacific Alpha One Funding, LLC | 1555 Grant Avenue | Novato | CA | 94945 | Saluda Grade Asset Fund Trust I | | X | |



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 43 of 78

**Fill in this information to identify the case:**

Debtor Name: In re : Pacific Private Money, Inc.

United States Bankruptcy Court for the: Northern District Of California

Case number (if known): 26-30533 (WJL)

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | 1/1/2026 (MM / DD / YYYY) | to | Filing date | ☑ Operating a business<br>☐ Other | $ 119,320.35 |
| **For prior year:** | From | 1/1/2025 (MM / DD / YYYY) | to | 12/31/2025 (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | $ 1,892,148.00 |
| **For the year before that:** | From | 1/1/2024 (MM / DD / YYYY) | to | 12/31/2024 (MM / DD / YYYY) | ☑ Operating a business<br>☐ Other | $ 4,862,437.00 |



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 44 of 78

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | 1/1/2026 (MM / DD / YYYY) | to | Filing date | Interest income | $ 1,294.03 |
| **For prior year:** | From | 1/1/2025 (MM / DD / YYYY) | to | 12/31/2025 (MM / DD / YYYY) | | $ None |
| **For the year before that:** | From | 1/1/2024 (MM / DD / YYYY) | to | 12/31/2024 (MM / DD / YYYY) | Interest income | $ 2,399,621.00 |


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 45 of 78

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575 . (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1 | See SOFA 3 Attachment<br>Creditor's Name<br>Street<br>City State ZIP Code<br>Country | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's Name and Address | Dates | Total amount or value | Reason for payment or transfer |
|---|---|---|---|---|
| 4.1 | See SOFA 4 Attachment<br>Insider's Name<br>Street<br>City State ZIP Code<br>Country | | $ | |

**Relationship to Debtor**

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's Name and Address | Description of the Property | Date | Value of property |
|---|---|---|---|
| 5.1 Creditor's Name<br>Street<br>City State ZIP Code<br>Country | | | $ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's Name and Address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 Creditor's Name<br>Street<br>City State ZIP Code<br>Country | Last 4 digits of account number: XXXX– | | $ |



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 47 of 78

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | See SOFA 7 Attachment | | Name<br>Street<br>City State ZIP Code<br>Country | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| | Custodian's name and address | Description of the Property | Value |
|---|---|---|---|
| 8.1 | Custodian's name<br>Street<br>City State ZIP Code<br>Country | **Case title**<br><br>**Case number**<br><br>**Date of order or assignment** | $<br>**Court name and address**<br>Name<br>Street<br>City State ZIP Code<br>Country |



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 48 of 78

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1 | Creditor's Name<br>Street<br>City State ZIP Code<br>Country | | | $ |
| | **Recipient's relationship to debtor** | | | |


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 49 of 78

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1 | | | | $ |


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 50 of 78

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | See SOFA 11 Attachment | | | $ |

**Address**

Street

City State ZIP Code

Country

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1 | | | | $ |

**Trustee**


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 51 of 78

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | Robert West, Pamela West, West Coast Land and Development Inc. | See NOTE below | 9/23/2025 | $ $9,000,000 (estimate) |
| | **Address**<br>145 John Glenn Drive<br>Street<br><br>Concord CA 94520<br>City State ZIP Code<br><br>Country | | | |
| | **Relationship to Debtor**<br>Borrower | | | |

*NOTE: Two loans with UPB of approximately $9,000,000 were forgiven in exchange for $700,000 and future considerations. Loans forgiven: (1) Fair Drive Loan (98 Fair Drive, San Rafael, California 94901, APN: 011-23-18); (2) Mohr Lane Loan (Mohr Lane, Concord, California 94518 APN: 147-251-017)*

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2 | Robert D. Barbarick, Trustee of the Barbarick Living Trust u/t/d 11/5/93 | Assignment of deed of trust - Investment in Pacific Freedom Fund exchanged for senior secured lender position in 45460 Indian Shoals Road, Mendocino property | 8/26/2025 | $ 1,338,000.00 |
| | **Address**<br>Address on file<br>Street<br><br>City State ZIP Code<br><br>Country | | | |
| | **Relationship to Debtor**<br>Fund Investor (PFF); Trust Deed Investor/Lender | | | |


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 52 of 78

## Part 7: Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1 | Pacific Private Money, 1555 Grant Avenue<br>Street<br><br>Novato, CA 94945<br>City, State, ZIP Code<br><br>Country | From 1/1/2016 To 3/31/2026 |



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 53 of 78

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility Name and Address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1 | Facility Name<br><br>Street<br><br>City State ZIP Code<br><br>Country | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | How are records kept?<br>Check all that apply:<br>☐ Electronically<br>☐ Paper |



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 54 of 78

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Customer and investor information

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| | Name of plan | Employer identification number of the plan |
|---|---|---|
| 17.1 | Pacific Private Money Inc & Co-adopting Company Retirement Savings Plan | EIN: 27-4684932 |

Has the plan been terminated?

☐ No

☑ Yes



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 55 of 78

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Wells Fargo Bank, N.A. (Name)<br>333 Market Street (Street)<br>San Francisco (City) CA (State) 94105 (ZIP Code)<br>Country | XXXX-0282 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 3/7/2025 | $ Unknown |
| 18.2 | Wells Fargo Bank, N.A. (Name)<br>333 Market Street (Street)<br>San Francisco (City) CA (State) 94105 (ZIP Code)<br>Country | XXXX-2188 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 1/9/2025 | $ Unknown |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | Name<br>Street<br>City State ZIP Code<br>Country | Address | | ☐ No<br>☐ Yes |



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 56 of 78

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 20.1 | Name<br>Street<br><br>City State ZIP Code<br>Country | <br>Address | | ☐ No<br>☐ Yes |



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 57 of 78

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| 21.1 | See SOFA 21 Attachment<br>Name<br><br>Street<br><br>City State ZIP Code<br><br>Country | | | $ 323,213.00 |



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 58 of 78

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|---|
| 22.1 | | Name<br>Street<br><br>City State ZIP Code<br>Country | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case Number** | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 23.1 | Name<br>Street<br><br>City State ZIP Code<br>Country | Name<br>Street<br><br>City State ZIP Code<br>Country | | |


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 59 of 78

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 24.1 | Name<br>Street<br><br>City State ZIP Code<br>Country | Name<br>Street<br><br>City State ZIP Code<br>Country | | |


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 60 of 78

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number (Do not include Social Security number or ITIN.) | Dates business existed |
|---|---|---|---|---|
| 25.1 | Pacific Alpha One Funding LLC, 1555 Grant Avenue, Novato, CA 94945 | Mortgage Lending | EIN: 88-2246166 | From 5/2022 To Present |
| 25.2 | Pacific Freedom Fund LLC, 1555 Grant Avenue, Novato, CA 94945 | Mortgage Lending | EIN: 85-0573239 | From 3/2020 To 2/2026 |
| 25.3 | PPSPE-1, LLC, 1555 Grant Avenue, Novato, CA 94945 | Holding Company | EIN: 99-3135035 | From 10/2024 To Present |


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 61 of 78

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and Address | Dates of service |
|---|---|---|
| 26a.1 | See SOFA 26a Attachment<br>Name<br>Street<br>City State ZIP Code<br>Country | From To |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and Address | Dates of service |
|---|---|---|
| 26b.1 | Cathedral CPAs & Advisors (formerly Spiegel Accountancy Corp)<br>Name<br>Outsourced bookkeeping and tax preparation<br>Street<br>2300 Contra Costa Blvd., #425<br>Pleasant Hill CA 94523<br>City State ZIP Code<br>Country | From 1/2015 To Present |
| 26b.2 | REIL Fund Services<br>Name<br>Outsourced bookkeeping and tax preparation<br>Street<br>2872 Ygnacio Valley Blvd., #609<br>Walnut Creek CA 94598<br>City State ZIP Code<br>Country | From 10/2022 To Present |


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 62 of 78

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1 | William R. Brinkman, Chief Restructuring Officer<br>Name<br>3581 Mt. Diablo Blvd. Suite 215<br>Street<br>Lafayette CA 94549<br>City State ZIP Code<br>Country | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| 26d.1 | Name<br>Street<br>City State ZIP Code<br>Country |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | | | $ |
| | **Name and address of the person who has possession of inventory records** | | |
| 27.1 | Name<br>Street<br>City State ZIP Code<br>Country | | |



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 63 of 78

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | Name | Address | Position and Nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | Pacific Private Money Group LLC | 1555 Grant Avenue, Novato, CA 94945 | Sole Owner | 100.00% |
| 28.2 | William R. Brinkman | 3581 Mt. Diablo Blvd. Suite 215, Lafayette, CA 94549 | Chief Restructuring Officer | 0.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| | Name | Address | Position and Nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| 29.1 | Mark Hanf | Address on file | Chief Executive Officer | From Inception To 6/2026 |
| 29.2 | Nam Phan | Address on file | Chief Operation Officer | From 8/2020 To 6/2026 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans,credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | See SOFA, Question 4<br>Name<br><br>Street<br><br>City State ZIP Code<br><br>Country<br>**Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| | Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|---|
| 31.1 | | EIN: |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| | Name of the pension fund | Employer Identification number of the pension fund |
|---|---|---|
| 32.1 | | EIN: |


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 64 of 78

## Part 14: Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.

18 U.S.C.§§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/08/2026
MM / DD / YYYY

✘ DocuSigned by: [signature] 765A57D8FB8A4E5...

Signature of individual signing on behalf of the debtor

Printed name William R. Brinkman

Position or relationship to debtor Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

**In re: Pacific Private Money, Inc.**
**Case No. 26-30533**
SOFA 3 Attachment
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Payment Date | Reason for Payment | Amount Paid |
|---|---|---|---|
| Datasite LLC<br>3470 Mt Diablo #A130<br>Lafayette, CA 94549 | 6/15/2026 | Service Provider | $14,452.00 |
| | 6/16/2026 | Service Provider | $18,064.44 |
| | 6/16/2026 | Service Provider | $18,065.16 |
| | | **SUBTOTAL** | **$50,581.60** |
| First Insurance Funding<br>450 Skokie Blvd.<br>Suite 1000<br>Northbrook, IL 60062-3709 | 3/26/2026 | Insurance Loan Payment | $12,647.85 |
| | 4/21/2026 | Insurance Loan Payment | $12,046.29 |
| | 5/27/2026 | Insurance Loan Payment | $12,647.85 |
| | | **SUBTOTAL** | **$37,341.99** |
| HUB International Insurance Services Inc.<br>17 E. Sir Francis Drake Blvd.<br>Suite 200<br>Larkspur, CA 94939 | 6/10/2026 | Insurance Premium Payment | $29,987.00 |
| | | **SUBTOTAL** | **$29,987.00** |
| Uptime USA, LLC<br>1299 4th Street<br>Suite 305<br>San Rafael, CA 94901 | 6/10/2026 | Vendor Payment | $37,118.00 |
| | | **SUBTOTAL** | **$37,118.00** |

**In re: Pacific Private Money, Inc.**
**Case No. 26-30533**
SOFA 4 Attachment
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Creditor Name & Address | Payment Date | Reason for Payment | Relationship to Debtor | Amount Paid |
|---|---|---|---|---|
| Arrival Fund I (102)<br>1555 Grant Ave<br>Novato, CA 94945 | 6/16/2025 | S-T Loan: Inter-debtor | Affiliate | $52,900.21 |
| | 6/17/2025 | S-T Loan: Inter-debtor | Affiliate | $60,195.97 |
| | 6/20/2025 | S-T Loan: Inter-debtor | Affiliate | $21,262.83 |
| | 6/20/2025 | S-T Loan: Inter-debtor | Affiliate | $37,475.65 |
| | 6/20/2025 | S-T Loan: Inter-debtor | Affiliate | $89,721.12 |
| | 6/25/2025 | S-T Loan: Inter-debtor | Affiliate | $90,676.76 |
| | 6/27/2025 | S-T Loan: Inter-debtor | Affiliate | $557,014.51 |
| | 7/2/2025 | S-T Loan: Inter-debtor | Affiliate | $19,266.89 |
| | 7/3/2025 | S-T Loan: Inter-debtor | Affiliate | $465,000.00 |
| | 7/3/2025 | S-T Loan: Inter-debtor | Affiliate | $841,647.79 |
| | 7/7/2025 | S-T Loan: Inter-debtor | Affiliate | $209,062.22 |
| | 7/8/2025 | S-T Loan: Inter-debtor | Affiliate | $86,455.51 |
| | 7/14/2025 | S-T Loan: Inter-debtor | Affiliate | $1,151,368.68 |
| | 7/17/2025 | S-T Loan: Inter-debtor | Affiliate | $326,549.76 |
| | 7/21/2025 | S-T Loan: Inter-debtor | Affiliate | $17,714.80 |
| | 7/21/2025 | S-T Loan: Inter-debtor | Affiliate | $205,527.10 |
| | 7/24/2025 | S-T Loan: Inter-debtor | Affiliate | $1,540,007.84 |
| | 7/29/2025 | S-T Loan: Inter-debtor | Affiliate | $444,406.55 |
| | 7/31/2025 | S-T Loan: Inter-debtor | Affiliate | $102,179.38 |
| | 8/5/2025 | S-T Loan: Inter-debtor | Affiliate | $673,940.52 |
| | 8/7/2025 | S-T Loan: Inter-debtor | Affiliate | $1,674,813.89 |
| | 8/8/2025 | S-T Loan: Inter-debtor | Affiliate | $27,366.04 |
| | 8/12/2025 | S-T Loan: Inter-debtor | Affiliate | $440,000.00 |
| | 8/15/2025 | S-T Loan: Inter-debtor | Affiliate | $229,507.99 |
| | 8/25/2025 | S-T Loan: Inter-debtor | Affiliate | $48,169.46 |
| | 8/25/2025 | S-T Loan: Inter-debtor | Affiliate | $55,023.38 |
| | 8/28/2025 | S-T Loan: Inter-debtor | Affiliate | $19,384.64 |
| | 8/28/2025 | S-T Loan: Inter-debtor | Affiliate | $29,869.97 |
| | 8/28/2025 | S-T Loan: Inter-debtor | Affiliate | $41,544.81 |
| | 9/4/2025 | S-T Loan: Inter-debtor | Affiliate | $7,410.33 |
| | 9/5/2025 | S-T Loan: Inter-debtor | Affiliate | $19,724.70 |
| | 9/8/2025 | S-T Loan: Inter-debtor | Affiliate | $89,838.08 |
| | 9/9/2025 | S-T Loan: Inter-debtor | Affiliate | $659,017.66 |
| | 9/11/2025 | S-T Loan: Inter-debtor | Affiliate | $111,628.66 |
| | 9/18/2025 | S-T Loan: Inter-debtor | Affiliate | $343,499.22 |
| | 9/23/2025 | S-T Loan: Inter-debtor | Affiliate | $25,850.00 |
| | 9/29/2025 | S-T Loan: Inter-debtor | Affiliate | $334,557.30 |
| | 10/2/2025 | S-T Loan: Inter-debtor | Affiliate | $33,511.74 |
| | 10/2/2025 | S-T Loan: Inter-debtor | Affiliate | $315,439.74 |
| | 10/3/2025 | S-T Loan: Inter-debtor | Affiliate | $8,256.97 |
| | 10/10/2025 | S-T Loan: Inter-debtor | Affiliate | $1,147,909.09 |
| | 10/17/2025 | S-T Loan: Inter-debtor | Affiliate | $14,654.40 |
| | 10/24/2025 | S-T Loan: Inter-debtor | Affiliate | $64,524.66 |
| | 10/24/2025 | S-T Loan: Inter-debtor | Affiliate | $179,168.97 |
| | 10/24/2025 | S-T Loan: Inter-debtor | Affiliate | $289,168.97 |
| | 10/28/2025 | S-T Loan: Inter-debtor | Affiliate | $39,655.63 |


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 67 of 78

**In re: Pacific Private Money, Inc.**
**Case No. 26-30533**
SOFA 4 Attachment
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Creditor Name & Address | Payment Date | Reason for Payment | Relationship to Debtor | Amount Paid |
|---|---|---|---|---|
| Arrival Fund I (102)<br>(Continued) | 11/5/2025 | S-T Loan: Inter-debtor | Affiliate | $23,938.23 |
| | 11/5/2025 | S-T Loan: Inter-debtor | Affiliate | $148,782.07 |
| | 11/5/2025 | S-T Loan: Inter-debtor | Affiliate | $190,000.00 |
| | 11/12/2025 | S-T Loan: Inter-debtor | Affiliate | $287,343.47 |
| | 11/18/2025 | S-T Loan: Inter-debtor | Affiliate | $20,218.13 |
| | 11/20/2025 | S-T Loan: Inter-debtor | Affiliate | $17,570.00 |
| | 11/21/2025 | S-T Loan: Inter-debtor | Affiliate | $510,647.36 |
| | 11/21/2025 | S-T Loan: Inter-debtor | Affiliate | $830,000.00 |
| | 11/24/2025 | S-T Loan: Inter-debtor | Affiliate | $7,864.67 |
| | 11/26/2025 | S-T Loan: Inter-debtor | Affiliate | $150,000.00 |
| | 12/1/2025 | S-T Loan: Inter-debtor | Affiliate | $135,000.00 |
| | 12/1/2025 | S-T Loan: Inter-debtor | Affiliate | $1,795,000.00 |
| | 12/2/2025 | S-T Loan: Inter-debtor | Affiliate | $7,202.50 |
| | 12/4/2025 | S-T Loan: Inter-debtor | Affiliate | $43,999.90 |
| | 12/4/2025 | S-T Loan: Inter-debtor | Affiliate | $65,092.82 |
| | 12/4/2025 | S-T Loan: Inter-debtor | Affiliate | $565,500.00 |
| | 12/11/2025 | S-T Loan: Inter-debtor | Affiliate | $621,942.75 |
| | 12/11/2025 | S-T Loan: Inter-debtor | Affiliate | $743,500.00 |
| | 12/22/2025 | S-T Loan: Inter-debtor | Affiliate | $38,355.47 |
| | 12/22/2025 | S-T Loan: Inter-debtor | Affiliate | $77,481.18 |
| | 12/30/2025 | S-T Loan: Inter-debtor | Affiliate | $77,482.15 |
| | 12/30/2025 | S-T Loan: Inter-debtor | Affiliate | $1,224,748.80 |
| | 1/5/2026 | S-T Loan: Inter-debtor | Affiliate | $94,479.74 |
| | 1/5/2026 | S-T Loan: Inter-debtor | Affiliate | $200,000.00 |
| | 1/7/2026 | S-T Loan: Inter-debtor | Affiliate | $605,121.00 |
| | 1/12/2026 | S-T Loan: Inter-debtor | Affiliate | $10,080.32 |
| | 2/10/2026 | S-T Loan: Inter-debtor | Affiliate | $400,000.00 |
| | 2/10/2026 | S-T Loan: Inter-debtor | Affiliate | $2,267,344.98 |
| | | | **SUBTOTAL** | **$24,400,565.93** |
| Arrival Home Loans (101)<br>1555 Grant Ave<br>Novato, CA 94945 | 7/1/2025 | S-T Loan: Inter-debtor | Affiliate | $38,000.00 |
| | 7/8/2025 | S-T Loan: Inter-debtor | Affiliate | $314.25 |
| | 7/9/2025 | S-T Loan: Inter-debtor | Affiliate | $44,000.00 |
| | 7/9/2025 | S-T Loan: Inter-debtor | Affiliate | $62,500.00 |
| | 7/11/2025 | S-T Loan: Inter-debtor | Affiliate | $100,000.00 |
| | 7/14/2025 | S-T Loan: Inter-debtor | Affiliate | $54,000.00 |
| | 7/23/2025 | S-T Loan: Inter-debtor | Affiliate | $32,000.00 |
| | 7/31/2025 | S-T Loan: Inter-debtor | Affiliate | $38,000.00 |
| | 8/6/2025 | S-T Loan: Inter-debtor | Affiliate | $6,000.00 |
| | 8/15/2025 | S-T Loan: Inter-debtor | Affiliate | $4,500.00 |
| | 8/15/2025 | S-T Loan: Inter-debtor | Affiliate | $49,000.00 |
| | 8/21/2025 | S-T Loan: Inter-debtor | Affiliate | $23,000.00 |
| | 8/29/2025 | S-T Loan: Inter-debtor | Affiliate | $38,000.00 |
| | 9/15/2025 | S-T Loan: Inter-debtor | Affiliate | $46,000.00 |
| | 9/19/2025 | S-T Loan: Inter-debtor | Affiliate | $5,500.00 |
| | 9/30/2025 | S-T Loan: Inter-debtor | Affiliate | $38,000.00 |

**In re: Pacific Private Money, Inc.**
**Case No. 26-30533**
SOFA 4 Attachment
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Creditor Name & Address | Payment Date | Reason for Payment | Relationship to Debtor | Amount Paid |
|---|---|---|---|---|
| Arrival Home Loans (101) (Continued) | 10/8/2025 | S-T Loan: Inter-debtor | Affiliate | $13,000.00 |
| | 10/15/2025 | S-T Loan: Inter-debtor | Affiliate | $51,500.00 |
| | 10/27/2025 | S-T Loan: Inter-debtor | Affiliate | $26,000.00 |
| | 10/31/2025 | S-T Loan: Inter-debtor | Affiliate | $38,500.00 |
| | 11/14/2025 | S-T Loan: Inter-debtor | Affiliate | $50,000.00 |
| | 11/25/2025 | S-T Loan: Inter-debtor | Affiliate | $35,000.00 |
| | 11/26/2025 | S-T Loan: Inter-debtor | Affiliate | $10,000.00 |
| | 12/4/2025 | S-T Loan: Inter-debtor | Affiliate | $58,000.00 |
| | 12/15/2025 | S-T Loan: Inter-debtor | Affiliate | $41,000.00 |
| | 12/18/2025 | S-T Loan: Inter-debtor | Affiliate | $35,000.00 |
| | 12/30/2025 | S-T Loan: Inter-debtor | Affiliate | $35,000.00 |
| | 1/15/2026 | S-T Loan: Inter-debtor | Affiliate | $39,000.00 |
| | 1/30/2026 | S-T Loan: Inter-debtor | Affiliate | $2,000.00 |
| | 2/3/2026 | S-T Loan: Inter-debtor | Affiliate | $20,000.00 |
| | 2/4/2026 | S-T Loan: Inter-debtor | Affiliate | $1,500.00 |
| | 6/12/2026 | S-T Loan: Inter-debtor | Affiliate | $500.00 |
| | 6/15/2026 | S-T Loan: Inter-debtor | Affiliate | $750.00 |
| | | | **SUBTOTAL** | **$1,035,564.25** |
| EB Roth LLC Address on file | 12/5/2025 | Undetermined | Member, Investor, Lender | $8,750.00 |
| | 12/5/2025 | Undetermined | Member, Investor, Lender | $10,998.99 |
| | | | **SUBTOTAL** | **$19,748.99** |
| EBV LLC Address on file | 8/1/2025 | Undetermined | Member, Investor, Lender | $20,000.00 |
| | 1/15/2026 | Undetermined | Member, Investor, Lender | $375,000.00 |
| | 1/22/2026 | Undetermined | Member, Investor, Lender | $192,500.00 |
| | 1/28/2026 | Undetermined | Member, Investor, Lender | $118.99 |
| | 1/28/2026 | Undetermined | Member, Investor, Lender | $368.96 |
| | 1/28/2026 | Undetermined | Member, Investor, Lender | $383.33 |
| | 1/28/2026 | Undetermined | Member, Investor, Lender | $1,758.70 |
| | 1/28/2026 | Undetermined | Member, Investor, Lender | $2,012.50 |
| | 1/28/2026 | Undetermined | Member, Investor, Lender | $2,380.00 |
| | 1/28/2026 | Undetermined | Member, Investor, Lender | $2,427.78 |
| | 1/28/2026 | Undetermined | Member, Investor, Lender | $2,767.19 |
| | 1/28/2026 | Undetermined | Member, Investor, Lender | $3,150.00 |
| | 1/28/2026 | Undetermined | Member, Investor, Lender | $3,500.00 |
| | 1/28/2026 | Undetermined | Member, Investor, Lender | $3,503.50 |
| | 1/28/2026 | Undetermined | Member, Investor, Lender | $6,615.00 |
| | 2/4/2026 | Undetermined | Member, Investor, Lender | $315,000.00 |
| | 4/6/2026 | Undetermined | Member, Investor, Lender | $3,343.34 |
| | | | **SUBTOTAL** | **$934,829.29** |
| Edward Brown Address on file | 6/25/2025 | Undetermined | Member, Investor, Lender | $18,000.00 |
| | 7/9/2025 | Undetermined | Member, Investor, Lender | $18,000.00 |
| | 9/23/2025 | Undetermined | Member, Investor, Lender | $6,666.67 |
| | 9/23/2025 | Undetermined | Member, Investor, Lender | $6,666.67 |
| | 12/9/2025 | Undetermined | Member, Investor, Lender | $18,000.00 |
| | | | **SUBTOTAL** | **$67,333.34** |

Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Creditor Name & Address | Payment Date | Reason for Payment | Relationship to Debtor | Amount Paid |
|---|---|---|---|---|
| Mark Hanf<br>Address on file | 6/30/2025 | Payroll | Officer | $10,416.67 |
| | 7/15/2025 | Payroll | Officer | $10,416.67 |
| | 7/31/2025 | Payroll | Officer | $10,416.67 |
| | 8/15/2025 | Payroll | Officer | $10,416.67 |
| | 8/29/2025 | Payroll | Officer | $10,416.67 |
| | 9/15/2025 | Payroll | Officer | $10,416.67 |
| | 9/30/2025 | Payroll | Officer | $10,416.67 |
| | 10/15/2025 | Payroll | Officer | $2,083.34 |
| | 10/31/2025 | Payroll | Officer | $2,083.34 |
| | 11/14/2025 | Payroll | Officer | $2,083.34 |
| | 11/28/2025 | Payroll | Officer | $2,083.34 |
| | 12/15/2025 | Payroll | Officer | $2,083.34 |
| | 12/31/2025 | Payroll | Officer | $2,083.34 |
| | 1/15/2026 | Payroll | Officer | $2,083.34 |
| | 1/23/2026 | Payroll | Officer | $2,083.34 |
| | 2/4/2026 | Payroll | Officer | $1,538.56 |
| | | | **SUBTOTAL** | **$91,121.97** |
| Nam Phan<br>Address on file | 6/30/2025 | Payroll | Officer | $12,500.00 |
| | 7/15/2025 | Payroll | Officer | $12,500.00 |
| | 7/31/2025 | Payroll | Officer | $12,500.00 |
| | 8/15/2025 | Payroll | Officer | $12,500.00 |
| | 8/29/2025 | Payroll | Officer | $12,500.00 |
| | 9/15/2025 | Payroll | Officer | $12,500.00 |
| | 9/30/2025 | Payroll | Officer | $12,500.00 |
| | 10/15/2025 | Payroll | Officer | $12,500.00 |
| | 10/31/2025 | Payroll | Officer | $12,500.00 |
| | 11/14/2025 | Payroll | Officer | $12,500.00 |
| | 11/28/2025 | Payroll | Officer | $12,500.00 |
| | 12/15/2025 | Payroll | Officer | $12,500.00 |
| | 12/31/2025 | Payroll | Officer | $12,500.00 |
| | 1/15/2026 | Payroll | Officer | $8,712.11 |
| | 1/23/2026 | Payroll | Officer | $4,166.67 |
| | | | **SUBTOTAL** | **$175,378.78** |
| Pacific Capital Funding Group<br>1555 Grant Ave<br>Novato, CA 94945 | 7/14/2025 | S-T Loan: Inter-debtor | Affiliate | $200.00 |
| | | | **SUBTOTAL** | **$200.00** |
| Pacific Freedom Fund LLC (52)<br>1555 Grant Ave<br>Novato, CA 94945 | 6/23/2025 | S-T Loan: Inter-debtor | Affiliate | $75,000.00 |
| | | | **SUBTOTAL** | **$75,000.00** |
| Pacific Money Management Group LLC (11)<br>1555 Grant Ave<br>Novato, CA 94945 | 5/12/2026 | S-T Loan: Inter-debtor | Affiliate | $100.00 |
| | 5/26/2026 | S-T Loan: Inter-debtor | Affiliate | $3,000.00 |
| | | | **SUBTOTAL** | **$3,100.00** |

**In re: Pacific Private Money, Inc.**
**Case No. 26-30533**
SOFA 4 Attachment
Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Creditor Name & Address | Payment Date | Reason for Payment | Relationship to Debtor | Amount Paid |
|---|---|---|---|---|
| Pacific Opportunity Fund (92)<br>1555 Grant Ave<br>Novato, CA 94945 | 9/18/2025 | S-T Loan: Inter-debtor | Affiliate | $70,000.00 |
| | 2/13/2026 | S-T Loan: Inter-debtor | Affiliate | $5,000.00 |
| | 2/13/2026 | S-T Loan: Inter-debtor | Affiliate | $5,000.00 |
| | 3/9/2026 | S-T Loan: Inter-debtor | Affiliate | $5,000.00 |
| | 3/9/2026 | S-T Loan: Inter-debtor | Affiliate | $5,000.00 |
| | 4/8/2026 | S-T Loan: Inter-debtor | Affiliate | $5,000.00 |
| | 4/8/2026 | S-T Loan: Inter-debtor | Affiliate | $5,000.00 |
| | 5/11/2026 | S-T Loan: Inter-debtor | Affiliate | $5,000.00 |
| | 5/11/2026 | S-T Loan: Inter-debtor | Affiliate | $5,000.00 |
| | | | **SUBTOTAL** | **$110,000.00** |
| Pacific Private Money Group LLC (03)<br>1555 Grant Ave<br>Novato, CA 94945 | 10/14/2025 | S-T Loan: Inter-debtor | Affiliate | $200.00 |
| | 6/12/2026 | S-T Loan: Inter-debtor | Affiliate | $1,700.00 |
| | 6/15/2026 | S-T Loan: Inter-debtor | Affiliate | $50.00 |
| | | | **SUBTOTAL** | **$1,950.00** |
| Pacific Private Money Partners (91)<br>1555 Grant Ave<br>Novato, CA 94945 | 3/12/2026 | S-T Loan: Inter-debtor | Affiliate | $100.00 |
| | 3/12/2026 | S-T Loan: Inter-debtor | Affiliate | $100.00 |
| | 4/14/2026 | S-T Loan: Inter-debtor | Affiliate | $100.00 |
| | 4/14/2026 | S-T Loan: Inter-debtor | Affiliate | $100.00 |
| | 6/12/2026 | S-T Loan: Inter-debtor | Affiliate | $100.00 |
| | 6/12/2026 | S-T Loan: Inter-debtor | Affiliate | $100.00 |
| | | | **SUBTOTAL** | **$600.00** |
| Pacific Southwest Note Fund (32)<br>1555 Grant Ave<br>Novato, CA 94945 | 6/20/2025 | S-T Loan: Inter-debtor | Affiliate | $75,000.00 |
| | 6/24/2025 | S-T Loan: Inter-debtor | Affiliate | $100,000.00 |
| | 7/11/2025 | S-T Loan: Inter-debtor | Affiliate | $1,250,000.00 |
| | | | **SUBTOTAL** | **$1,425,000.00** |

**In re: Pacific Private Money, Inc.**
**Case No. 26-30533**
SOFA 7 Attachment
Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Caption of suit | Case number | Nature of proceeding | Court | Location of court | **Status of case** (e.g. Pending, On appeal, Concluded) |
|---|---|---|---|---|---|
| Daniel William Descalso; Kelly Kaiser Descalso v. Pacific Freedom Fund LLC; Pacific Private Money Inc.; Mark Hanf; Hoai-Nam Chu Phan a.k.a Nam Phan; Edward Brown; Sam Thatcher | CV0009270 | Civil litigation - complaint for recission of contract, breach of contract, breach of fiduciary duty, fraud, conversion, etc. | Superior Court of California | County of Marin<br>3501 Civic Center Drive<br>San Rafael, CA 94903 | Pending |
| Department of Justice Investigation | unknown | Investigation | | | Pending |
| Kevin Albert; Simon Chen; Chris Running; Thomas Kolassa; Rick Gates v. Mark Hanf; Nam Phan; Jr Sandell; Darrel Bilbrey; Arrival Home Loans, LLC; Arrival Fund I, LLC; Pacific Freedom Fund, LLC; Pacific Private Money, Inc. | CV0010075 | Civil litigation - complaint for fraud, negligent misrepresentation, breach of contract, etc. | Superior Court of California | County of Marin<br>3501 Civic Center Drive<br>San Rafael, CA 94903 | Pending |
| Lachman, as Trustee of the Ronald Lachman Living Trust v. Own Marin Real Estate; Michael Milano; Side, Inc. d.b.a. Own Marin; Pacific Private Money, Inc.' Sofia Nadjibi | TC26-154 | Civial litigation - breach of fiduciary duty, fraud, etc. | Superior Court of California | County of Marin<br>3501 Civic Center Drive<br>San Rafael, CA 94903 | Pending |
| Meylan Construction, Inc., a California corporation vs. Pacific Private Money, Inc.; Hanf Capital LLC | CV0006532 | Action to foreclose upon a mechanics lien<br>(No. 2026-0012483) | Superior Court of California | County of Marin<br>3501 Civic Center Drive<br>San Rafael, CA 94903 | Pending |
| Mikhail Brodsky; Tatyana Brodsky v. Mark Hanf; Pacific Private Money Inc. | CV0009292 | Civil litigation - complaint for fraud, intentional misrepresentation, breach of personal guarantee, etc. | Superior Court of California | County of Marin<br>3501 Civic Center Drive<br>San Rafael, CA 94903 | Pending |
| North Carolina Department of Labor - Wage and Hour Bureau | Identification Number: 217900 | Investigation of Wage and Hour Act allegation of violation re: Peter Zomick | N/A | Raleigh, NC | Pending |
| Pacific Private Money, Inc. vs. Abraham Pinchus Wieder, Sabine Portfolo, LLC | CV0003530 | Foreclosure action | Superior Court of California | County of Marin<br>3501 Civic Center Drive<br>San Rafael, CA 94903 | Pending |
| Pacific Private Money, Inc. vs. Dhian Virk; Gurcharn Virk | 24CV066333 | Civil litigation - enforcement of guarantee | Superior Court of California | County of Alameda | Pending |

**In re: Pacific Private Money, Inc.**
**Case No. 26-30533**
SOFA 7 Attachment
Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Caption of suit | Case number | Nature of proceeding | Court | Location of court | Status of case (e.g. Pending, On appeal, Concluded) |
|---|---|---|---|---|---|
| Pacific Private Money, Inc. vs.37 Covert LLC; Mayer Deutsch; Naomi Mauer; BX Finances SAS and Frank Benitah; New York State Department of Taxation and Finance, Office of the City Register of the City of New York, Kings County. | 22-301736 | Foreclosure action | Supreme Court of the State of New York | County of Kings | Pending |
| Santa Cruz Imports v. Mark Hanf; Pacific Freedom Fund LLC; Pacific Private Money Inc.; Pacific Private Money Fund I LLC; Pacific Private Money Group LLC; Pacific Private Money Partners LLC | CV0008931 | Civil litigation - complaint for fraud and deceit, conversion,breach of fiduciary duty, etc. | Superior Court of California | County of Marin 3501 Civic Center Drive San Rafael, CA 94903 | Pending |
| Securities and Exchange Commission Investigation - In re Pacific Private Money Group | SF-04735 | Investigation | | | Pending |
| Sublime Holdings, Ltd.; SFX Holdings, Inc; Jonathan Sawyer; Mitchell Holt v. 969 Builders LLC; Ark Technology Holdings, LLC; Ark Technology Holdings II, LLC; Hanf Capital LLC; Pacific Private Money Inc,; Seven Sisters LLC; Astianex Cabrera; Domingo Pierantoni; Mark Hanf | 26-cv-61023 | Civil litigation - complaint for Civil RICO and related claims | US District Court | Southern District of Florida | Pending |
| The Commissioner of Financial Protection and Innovation v. Pacific Private Money Group LLP; Pacific Private Money, Inc. d.b.a. Pacific Private Money Loans; Pacific Private Money Funds I LLC; Pacific Freedom Fund LLC; Arrival Fund I, LLC; Pacific Southwest Note Fund LLC; Mark Hanf; Nam Phan | N/A | Desist and Refrain Order | State of California Department of Financial Protection and Innovation | Sacramento, CA | Concluded |

**In re: Pacific Private Money, Inc.**
**Case No. 26-30533**
SOFA 7 Attachment
Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Caption of suit | Case number | Nature of proceeding | Court | Location of court | **Status of case** (e.g. Pending, On appeal, Concluded) |
|---|---|---|---|---|---|
| WE Alliance Secured Income Fund, LLC; WE Alliance Structured Strategies Stock Allocations Fund, LLC; WE Alliance Structured Active Allocation Growth Fund, LLC v. Pacific Freedom Fund, LLC; Pacific Private Money, Inc.; Hanf Capital, LLC; Pacific Private Money Fund, LLC; Pacific Realty Development I, LLC; Pacific Mortgage Capital, LLC; Private Money Management Group, LLC; Pacific Private Money Group, LLC' Pacific Capital Funding Group, Inc.; Mark Hanf; Nam Phan | 3:26-cv-03029-JCS | Civil litigation - complaint for violation of RICO Act, negligence, conversion, breach of fiduciary duty, etc. | US District Court | Norther District of Calinfornia | Pending |



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 74 of 78

**In re: Pacific Private Money, Inc.**
**Case No. 26-30533**
SOFA 11 Attachment
Payments related to bankruptcy

| Creditor Name & Address | Email or Website | Who Made the Payment | If Not Money, Describe Property | Dates | Amount Paid |
|---|---|---|---|---|---|
| Jeffer Mangels & Mitchell LLP<br>333 Bush Street<br>11th Floor<br>San Francisco, CA 94104 | jeffer.com | | | 5/26/2026 | $120,000.00 |
| | jeffer.com | | | 6/9/2026 | $25,000.00 |
| | jeffer.com | | | 6/15/2026 | $25,000.00 |
| | | | | **SUBTOTAL** | **$170,000.00** |
| Jigsaw Advisors LLC<br>3581 Mount Diablo Blvd.<br>Suite 215<br>Lafayette, CA 94549 | jigsawadvisors.com | | | 12/30/2025 | $25,000.00 |
| | jigsawadvisors.com | | | 2/6/2026 | $25,000.00 |
| | jigsawadvisors.com | | | 3/20/2026 | $27,011.71 |
| | jigsawadvisors.com | | | 5/26/2026 | $85,000.00 |
| | | | | **SUBTOTAL** | **$162,011.71** |
| Kurtzman Carson Consultants, LLC dba<br>Verita Global<br>222 N. Pacific Coast Highway<br>3rd Floor<br>El Segundo, CA 90245 | veritagloal.com | | | 6/15/2026 | $20,000.00 |
| | | | | **SUBTOTAL** | **$20,000.00** |
| Stevens Becker P.C.<br>345 West Portal Ave.<br>Suite 110<br>San Francisco, CA 94127 | stevensbecker.com | | | 3/20/2026 | $29,125.00 |
| | stevensbecker.com | | | 5/26/2026 | $80,000.00 |
| | stevensbecker.com | | | 6/15/2026 | $7,500.00 |
| | | | | **SUBTOTAL** | **$116,625.00** |


Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 75 of 78

**In re: Pacific Private Money, Inc.**
**Case No. 26-30533**
Attachment 21
Property held for another

| Owner's name | Address 1 | City | State | Zip | Location of the property | Description of the property | Value |
|---|---|---|---|---|---|---|---|
| Owner(s) Unknown | | | | | Poppy Bank-Loan Servicing 1801 (transferred to Axos DIP 1146) | Cash deposits held in escrow/ impound accounts that are the property of borrowers | $208,699.00 |
| Owner(s) Unknown | | | | | Poppy Bank-Loan Servicing 0778 (transferred to Axos DIP 1138) | Cash deposits held in escrow/ impound accounts that are the property of borrowers | $88,177.00 |
| Owner(s) Unknown | | | | | Poppy Bank-Loan Servicing 2197 (transferred to Axos DIP 1179) | Cash deposits held in escrow/ impound accounts that are the property of borrowers | $11,783.00 |
| Owner(s) Unknown | | | | | Poppy Bank-Loan Servicing 2270 (transferred to Axos DIP 1187) | Cash deposits held in escrow/ impound accounts that are the property of borrowers | $9,715.00 |
| Owner(s) Unknown | | | | | Poppy Bank-Loan Servicing 6552 (transferred to Axos DIP 1161) | Cash deposits held in escrow/ impound accounts that are the property of borrowers | $4,450.00 |
| Owner(s) Unknown | | | | | Poppy Bank-Loan Servicing 8848 (transferred to Axos DIP 1153) | Cash deposits held in escrow/ impound accounts that are the property of borrowers | $389.00 |
| | | | | | | **TOTAL:** | **$323,213.00** |

**In re: Pacific Private Money, Inc.**
**Case No. 26-30533**
SOFA 26a Attachment
Books, records and financial statements - Accountants and bookkeepers

| Name | Address 1 | Address 2 | City | State | Zip | Title | Dates of service |
|---|---|---|---|---|---|---|---|
| Andrew Walker | Address on file | | | | | Senior Accountant | 6/2021 - 2/2026 |
| Bill Farrant | Address on file | | | | | Director of Finance | 8/2022 - 1/2026 |
| Cathedral CPAs & Advisors (formerly Spiegel Accountancy Corp) | 2300 Contra Costa Blvd. | #425 | Pleasant Hill | CA | 94523 | Outsourced bookkeeping and tax preparation | 1/2025 - Present |
| Jan R Sandell | Address on file | | | | | Chief Financial Officer | 1/2022 - 12/2024 |
| REIL Fund Services | 2872 Ygnacio Valley Blvd. | #609 | Walnut Creek | CA | 94598 | Outsourced bookkeeping and tax preparation | 10/2022 - Present |
| Wilson Cruz | Address on file | | | | | Treasurer | 9/2021 - 7/2025 |



Case: 26-30533 Doc# 13 Filed: 09/09/26 Entered: 09/09/26 14:27:26 Page 77 of 78

**Fill in this information to identify the case and this filing:**

Debtor Name Pacific Private Money Inc.

United States Bankruptcy Court for the: Northern District of California (State)

Case number (*If known*): 26-30533

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/08/2026
MM / DD / YYYY

✘ DocuSigned by: [signature] 765A57D8FB8A4E5...
Signature of individual signing on behalf of debtor

William R. Brinkman
Printed name

Chief Restructuring Officer
Position or relationship to debtor